IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Timothy Richardson

   Plaintiff,     No. CIV S05-2316 FCD CMK P

 vs.

S. Ortiz, et al.,

   Defendants.    <u>FINDINGS & RECOMMENDATIONS</u>

_____/

   Plaintiff, state prisoner proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(b)(21). Currently before the court is plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   In support of his application to proceed in forma pauperis, plaintiff states that he has a balance of $3,248.00 in his prison trust account. The certificate portion of plaintiff's in forma pauperis application, which is filled out by prison officials, reflects that plaintiff has a balance of $3,248.00 in his prison trust account.

///

///

///

1

Pursuant to federal statute, a filing fee of $250.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees or security therefor" by an individual who submits an affidavit evidencing an inability to pay such fees or give security therefor.  28 U.S.C. § 1915(a).  Plaintiff has made an inadequate showing of indigency in the affidavit before the court.

Based on the foregoing, IT IS RECOMMENDED  that plaintiff's application to proceed in forma pauperis be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   December 4, 2005.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE