IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY RICHARDSON,

    Plaintiff,                    No. CIV S-05-2316 FCD CMK P

    vs.

S. ORTIZ, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, requested on November 22, 2006 (doc. 15) that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: November 30, 2006.

                                            **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE